IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL G. DIAMOND, and<br>HERBERT S. DIAMOND | : | No. 4:13-CV-1593 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| CENTER TWO CENTER | : | |
| HOLDINGS, INC., | : | (Magistrate Judge Carlson) |
| CONSOLIDATED LUMBER | : | |
| TRANSPORT, INC., JRC | : | |
| TRANSPORTATION, INC., and | : | |
| ERWIN J. ADAMS, | : | |
| | : | |
| Defendants. | : | |

**ORDER**
February 20, 2014

The undersigned has given full and independent consideration to the

December 16, 2013 report and recommendation of Chief Magistrate Judge Martin

C. Carlson.  ECF No. 16.  No objections have been filed.

Because this Court agrees with Chief Judge Carlson's recommendation that

the Defendant's Motion to Dismiss Plaintiff's claim for punitive damages (ECF

No. 4) should be denied at this juncture, the Court will not rehash the sound

reasoning of the Magistrate Judge and will adopt the report and recommendation in

its entirety.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1.  United States Chief Magistrate Judge Martin C. Carlson's December

    16, 2013 Report and Recommendation (ECF No. 16) is ADOPTED in

    full.

2.  The Defendants Motion to Dismiss (ECF No. 4) is DENIED.


                            BY THE COURT:


                            s/Matthew W. Brann
                            Matthew W. Brann
                            United States District Judge